**Receipt number AUSFCC-7793803**

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RACHEL OBERG & PATSY BERTULEIT, ) | |
| ) | |
| BRIELLE PROPERTIES, LLC, ) | |
| ) | |
| SHIRLEY CLAWSON, ) | |
| ) | |
| EARSLEY INVESTMENTS II, LLC, ) | |
| ) | |
| GERDES INVESTMENTS, ) | Case No.: **22-382L** |
| ) | |
| CODY HUTCHESON & WILBURN ) | |
| HUTCHESON IV, ) | |
| ) | |
| JAMES K. LEWIS, ) | |
| ) | |
| THOMAS LONGMIRE & DANIEL LONGMIRE, ) | Judge: |
| ) | |
| IAN MARTIN, ) | |
| ) | |
| MARC & NYLA NELSON, ) | |
| ) | |
| JOHN SWEANEY, ) | |
| ) | |
| FRED THARP, & ) | |
| ) | |
| TIMBERLAND SAVINGS BANK. ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

1

## COMPLAINT

### JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1494(a)(1) ("Tucker Act") because this action presents a claim against the United States which is founded upon the Constitution and Statutes of the United States.

2. Plaintiffs' claims are based upon 1) The Fifth Amendment to the United States Constitution prohibiting the taking of private property for public use, without just compensation; 2) The National Trails System Act Amendments of 1983; 16 U.S.C. § 1247(d) ("Trails Act"); 3) The Tucker Act, 28 U.S.C. § 1491(a) ("Tucker Act"); and 4) The Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c) (2000).

### COUNT I

### (TAKINGS CLAIM)

3. Upon information and belief, the City of Yelm formerly owned an easement for railroad purposes, extending from milepost 20.99, near the City of Roy to milepost 25.56, within the City of Yelm, a distance of 4.57 miles in Thurston and Pierce Counties, Washington (the "Railroad Line").

4. The easement lay across property owned by Plaintiffs.

5. Upon abandonment of the easement and/or authorization of use beyond the scope of the easement, Plaintiffs' property would have been unburdened by any easement.

6. Plaintiffs Rachel Oberg & Patsy Bertuleit owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by Rachel Oberg & Patsy Bertuleit is located in Thurston County, Washington, and includes parcel number 75301800100, and, upon

information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

7. Plaintiff Brielle Properties, LLC, owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by Brielle Properties, LLC is located in Thurston County, Washington, and includes parcel number 65133003000, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

8. Plaintiff Shirley Clawson owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by Shirley Clawson is located in Thurston County, Washington, and includes parcel number 64300700501, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

9. Plaintiff Earsley Investments II, LLC, owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The properties owned by Earsley Investments II, LLC are located in Thurston County, Washington, and include parcel numbers 85800100100 & 64400100300, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

10. Plaintiff Gerdes Investments, owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by Gerdes Investments, is located in Pierce County, Washington, and includes parcel number 0217032022, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

11. Plaintiffs Cody Hutcheson & Wilburn Hutcheson IV owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by Cody Hutcheson & Wilburn Hutcheson IV is located in Thurston County, Washington, and includes parcel number 64300700400, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

12. Plaintiff James K. Lewis owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by James K. Lewis is located in Thurston County, Washington, and includes parcel number 64421800600, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

13. Plaintiffs Thomas Longmire and Daniel Longmire owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by Thomas Longmire and Daniel Longmire is located in Thurston County, Washington, and includes parcel number 64300700100, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

14. Plaintiff Ian Martin owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by Ian Martin is located in Thurston County, Washington, and includes parcel number 65133119200, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

15. Plaintiffs Marc Nelson & Nyla Nelson owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by Marc Nelson & Nyla Nelson is located in Thurston County, Washington, and includes parcel number 65133002900, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

16. Plaintiff John Sweaney owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The property owned by John Sweaney is located in Thurston County, Washington, and includes parcel number 64301000402, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

17. Plaintiff Fred Tharp owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The properties owned by Fred Tharp are located in Thurston County, Washington, and includes parcel numbers 22719310404 & 22719310405, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

18. Plaintiff Timberland Savings Bank owned land adjacent to the Railroad Line on the date of the taking, July 9, 2020. The properties owned by Timberland Savings Bank are located in Thurston County, Washington, and includes parcel numbers 64400200100 & 64400200300, and, upon information and belief, includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

19. On July 9, 2020, the Surface Transportation Board ("STB") issued a Notice of Interim Trail use ("NITU") relating to the following segment of the Railroad Line: between

milepost 20.99 near Roy and milepost 25.56, in Yelm, a distance of 4.57 miles, in Thurston and Pierce Counties, Washington.

20. But for operation of the Trails Act, Plaintiffs would have the exclusive right to physical ownership, possession, and use of their property free of any easement for recreational trail use or future railroad use.

21. By operation of the Trails Act, the United States took the Plaintiffs' property which it is Constitutionally obligated to pay just compensation.

22. Plaintiffs owned the aforementioned property on the date of the taking, July 9, 2020, and are therefore proper claimants for compensation.

23. Plaintiffs' property includes but is not limited to the fee title to the property underlying the former railroad easement.

24. The United States' actions damaged Plaintiffs by taking a portion of Plaintiffs' property and by diminishing the value of the remaining property and by attenuating delay damages based upon the delayed payment of compensation.

WHEREFORE, Plaintiffs respectfully request a monetary judgment in their favor representing the full fair market value of the property taken by the United States on the date it was taken, including severance damages, delay damages, interest, and costs and attorneys' fees incurred by Plaintiffs and for such further relief as this Court may deem just and proper.

Date: April 4, 2022

Respectfully submitted by:

STEWART, WALD & MCCULLEY, LLC

By _____
Michael J. Smith
Steven M. Wald

3636 S. Geyer Rd., Suite 200
Saint Louis, MO 63127
Telephone: (314) 720-0220
Facsimile: (314) 899-2925 (facsimile)
smith@swm.legal
wald@swm.legal

-and-

Thomas S. Stewart
Elizabeth G. McCulley
2100 Central St., Suite 22
Kansas City, MO 64108
Telephone: (816) 303-1500
Facsimile: (816) 527-8068 (facsimile)
stewart@swm.legal
mcculley@swm.legal

ATTORNEYS FOR PLAINTIFFS